EILEEN WHITE, an Infant, by JOHN P. WHITE, Her Guardian ad Litem, and JOHN P. WHITE, Appellants, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment dismissing the complaint reversed on the law and a new trial granted, costs to appellants to abide the event. In our opinion, it was for the jury to say whether the defendant was negligent in not equipping the door to the class room with a check or some other suitable device. Kapper, Tompkins and Davis, JJ., concur; Lazansky, P. J., and Carswell, J., dissent and vote to

*Affd., 264 N. Y. 576.

affirm on the ground that there was no proof that the board of education had failed in its duty to plaintiff to keep the building in a reasonably safe condition.